

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00819-CR

Scott Andrew **RYBERG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5635
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER the clerk of this court to immediately issue the mandate contemporaneously with issuance of this opinion and judgment.

SIGNED March 28, 2018.

_____
Marialyn Barnard, Justice